IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CHRISTOPHER A. HARROW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-112 |
| | ) | |
| FAMILY VENTURES 1, LLC, | ) | |
| d/b/a DOMINO'S PIZZA, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

The June 21, 2023 Revised Scheduling Order directed the parties to file a Joint Status Report by August 21, 2023, concerning the opportunity to engage in mediation prior to filing summary judgment motions.  (Doc. no. 15.)  The deadline for the parties to file the Joint Status Report as set forth in the Court's Revised Scheduling Order has passed.  However, no Joint Status Report has been filed.  Accordingly, the Court **ORDERS** the parties to file a Joint Status Report in accordance with the Court's June 21st Order on or before Tuesday, August 29, 2023.[1]

SO ORDERED this 22nd day of August, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Joint Status Report can be found on the Court's website under Forms, Judge Epps Instructions and Forms, Civil, Status Report Form - for use in Judge Hall / Judge Epps cases.